United States District Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Joseph Rodriguez, on Behalf of Himself and all Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-2716 |
| Universal Pressure Pumping, Inc., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Order, this action is **DISMISSED WITHOUT PREJUDICE**.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 2nd day of November, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE